AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LAKE COUNTY PLASTERERS AND
CEMENT MASONS FRINGE BENEFIT
FUNDS, et al.

V.

LUCZAK BROTHERS, INC., an Illinois
corporation

CASE NUMBER: 08CV3101

ASSIGNED JUDGE: JUDGE LEFKOW
MAGISTRATE JUDGE KEYS

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Luczak Brothers, Inc.
c/o Barry E. Morgen, Registered Agent
7101 N. Cicero Avenue, Suite 100
Lincolnwood, IL 60646

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ____Twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

*J. Cervantes* (signature)

-----------------------------
(By) DEPUTY CLERK

May 29, 2008
-----------------------------
Date

State of Illinois

General No.: 08CV3101

County of USDC CHICAGO

## AFFIDAVIT OF SERVICE

MICHAEL McGLOON deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 6/6/2008 at 12:45:00 PM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT with Luczak Brothers, Inc. c/o Barry E. Morgen as shown below:

Served the wihin named Luczak Brothers, Inc. c/o Barry E. Morgen by delivering a true and correct copy of the SUMMONS and COMPLAINT , to Diane Hayes  a person authorized to accept service of process as agent.

Said service was effected at 7101 N. Cicero Ave., Ste. 100, Lincolnwood, IL  60646

Description of Person Served Sex:    Height:    Weight:    Race:    Age:

Additional or Other Information:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_6-9-08_
Dated

_Michael McGloon_
Michael McGloon
117-000192